PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY J. FAWCETT, | ) | CASE NO. 4:13CV1828 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendants. | ) | **ORDER** |

Before the Court is the Report and Recommendation of Magistrate Kathleen B. Burke recommending that the Court dismiss Plaintiff Anthony J. Fawcett's *Bivens* claim against Defendants Michael Hughes ("Hughes") and John Doe ("Doe"), Drug Enforcement Administration ("DEA") agents or employees.[1]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd, Thomas*

---

[1] Fawcett brought a claim against the United States pursuant to the Federal Tort Claims Act ("FTCA"). The Court previously granted the Motion to Dismiss filed by the United States. *See* ECF NO. 45 & ECF NO. 48.

(4:13-CV-1828)

*v. Arn*, 474 U.S. 140, 145 (1985); *Howard v. Sec'y of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *U.S. v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Parties must file objections to a Report and Recommendation within fourteen days of service. *Id*.; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas*, 474 U.S. at 145. Absent objection, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In the instant case, Plaintiff has not filed objections to the Report and Recommendation. The Court finds that the Report and Recommendation is supported by the record, and agrees with the recommended dismissal. ECF NO. 51.

Accordingly, the Court adopts Magistrate Judge Kathleen B. Burke's Report and Recommendation in its entirety. ECF NO. 51. Defendant's motion to dismiss is hereby granted. Plaintiff Anthony J. Fawcett's claims against John Doe are also hereby dismissed.

IT IS SO ORDERED.

November 26, 2014          */s/ Benita Y. Pearson*
Date          Benita Y. Pearson
         United States District Judge